AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**

▶ JON CHRISTEN FOSTER, a/k/a Jon John Foster

DISTRICT COURT NUMBER
CR08-0174 SBA

FILED
MAR 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form  JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  AUSA GARTH HIRE

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction
} ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
} If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

PENALTY SHEET ATTACHMENT

UNITED STATES v. JON CHRISTEN FOSTER

**COUNTS ONE, FOUR SEVEN, AND TEN**
Use of a Communications Facility (Telephone) to Facilitate Narcotics Trafficking
(21 U.S.C. § 843(b))

| | |
|---|---|
| Imprisonment: | Maximum Four Years |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 1-Year Supervised Release |
| Special Assessment: | $100 |

**COUNTS TWO, FIVE, AND EIGHT**
**Distribution of Crack Cocaine**
**(21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii))**

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction NOT FILED:*

| | |
|---|---|
| Imprisonment: | Maximum 40 Years Imprisonment<br>Mandatory Minimum 5 Years Imprisonment |
| Fine: | Maximum $2,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 4-Year Term of Supervised Release |
| Special Assessment: | $100 |

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 10 Years Imprisonment |
| Fine: | Maximum $4,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 8-Year Term of Supervised Release |
| Special Assessment: | $100 |

## COUNTS THREE, SIX, AND NINE
### Distribution of Methamphetamine within 1,000 Feet of an Elementary School and within 100 Feet of a Youth Center
### (21 U.S.C. § 860)

| | |
|---|---|
| Imprisonment: | Maximum 80 Years Imprisonment (Twice that authorized by 841(b)(1)(B)(iii) |
| Fine: | Maximum $4,000,000 (Twice that authorized by 841(b)(1)(B)(iii) |
| Supervised Release: | Maximum Lifetime Supervised Release |
| Special Assessment: | $100 |

## COUNT ELEVEN
### Distribution of Methamphetamine
### (21 U.S.C. §§ 841(a)(1), (b)(1)(A)(iii))

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction NOT FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 10 Years Imprisonment |
| Fine: | Maximum $4,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 5-Year Term of Supervised Release |
| Special Assessment: | $100 |

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 20 Years Imprisonment |
| Fine: | Maximum $8,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 10-Year Term of Supervised Release |
| Special Assessment: | $100 |

## COUNT TWELVE
**Distribution of Methamphetamine within 1,000 Feet of an Elementary School and within 100 Feet of a Youth Center**
**(21 U.S.C. § 860)**

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment |
| Fine: | Maximum $8,000,000 (Twice that authorized by 841(b)(1)(A)(iii) |
| Supervised Release: | Maximum Lifetime Supervised Release |
| Special Assessment: | $100 |

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## CRIMINAL DIVISION
## VENUE: OAKLAND

UNITED STATES OF AMERICA,

V.

JON CHRISTEN FOSTER,
a/k/a Jon John Foster,



## CR08-0174

FILED
2008 MAR 19 PH 3:56
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT.

# INDICTMENT

21 U.S.C. § 843(b) – Use of a Communications Facility (Telephone) to Commit/Facilitate Narcotics Trafficking; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(iii), (B)(iii) – Distribution of Crack Cocaine; 21 U.S.C. § 860 – Distribution of Crack Cocaine Within 1,000 Feet of an Elementary School and 100 feet of a Youth Center

A true bill.

_____ Foreman

Filed in open court this 19 day of MARCH 2008

_____ Clerk

Bail $ No bail arrest warrant.

3-19-08

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4

FILED
2008 MAR 19 PM 3: 56
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION CR08-0174

| UNITED STATES OF AMERICA, | ) No. |
|---|---|
| Plaintiff, | ) VIOLATIONS: 21 U.S.C. § 843(b) – Use of a Communications Facility (Telephone) to Commit/Facilitate Narcotics Trafficking; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(iii), (B)(iii) – Distribution of Crack Cocaine; 21 U.S.C. § 860 – Distribution of Crack Cocaine Within 1,000 Feet of an Elementary School and 100 feet of a Youth Center |
| v. | |
| JON CHRISTEN FOSTER, a/k/a Jon John Foster, | |
| Defendant. | |
|  | ) OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:     (21 U.S.C. § 843(b) – Use of a Communications Facility (Telephone) to Commit/Facilitate Narcotics Trafficking)

On or about September 18, 2007, in the Northern District of California, defendant,

JON CHRISTEN FOSTER,
a/k/a Jon John Foster,

did knowingly and intentionally use a communications facility, namely a telephone, in committing, and in causing and facilitating the commission of, an act constituting a felony violation of Title 21, United States Code, Section 841(a)(1), specifically, distribution of a

INDICTMENT

1

Document No.
District Court
Criminal Case Processing

Schedule II controlled substance, namely, approximately 21.7 grams of cocaine base in the form of "crack" cocaine, in violation of Title 21, United States Code, Section 843(b).

COUNT TWO:        (21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii) – Distribution of Crack Cocaine)

On or about September 18, 2007, in the Northern District of California, defendant,

JON CHRISTEN FOSTER,<br>a/k/a Jon John Foster,

did knowingly and intentionally distribute a Schedule II controlled substance, namely, approximately 21.7 grams of cocaine base in the form of "crack" cocaine in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(iii).

COUNT THREE:     (21 U.S.C. § 860 – Distribution of Crack Cocaine Within 1,000 Feet of an Elementary School and 100 Feet of a Youth Center)

On or about September 18, 2007, in the Northern District of California, defendant,

JON CHRISTEN FOSTER,<br>a/k/a Jon John Foster,

did knowingly and intentionally distribute a Schedule II controlled substance, namely, approximately 21.7 grams of cocaine base in the form of "crack" cocaine within 1,000 feet of an elementary school and within 100 feet of a youth center in violation of Title 21, United States Code, Section 860.

COUNT FOUR:      (21 U.S.C. § 843(b) – Use of a Communications Facility (Telephone) to Commit/Facilitate Narcotics Trafficking)

On or about October 3, 2007, in the Northern District of California, defendant,

JON CHRISTEN FOSTER,<br>a/k/a Jon John Foster,

did knowingly and intentionally use a communications facility, namely a telephone, in committing, and in causing and facilitating the commission of, an act constituting a felony

INDICTMENT

violation of Title 21, United States Code, Section 841(a)(1), specifically, distribution of a Schedule II controlled substance, namely, approximately 22.7 grams of cocaine base in the form of "crack" cocaine, in violation of Title 21, United States Code, Section 843(b).

COUNT FIVE:	(21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii) – Distribution of Crack Cocaine)

On or about October 3, 2007, in the Northern District of California, defendant,

JON CHRISTEN FOSTER,
a/k/a Jon John Foster,

did knowingly and intentionally distribute a Schedule II controlled substance, namely, approximately 22.7 grams of cocaine base in the form of "crack" cocaine in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(iii).

COUNT SIX:	(21 U.S.C. § 860 – Distribution of Crack Cocaine Within 1,000 Feet of an Elementary School and 100 Feet of a Youth Center)

On or about October 3, 2007, in the Northern District of California, defendant,

JON CHRISTEN FOSTER,
a/k/a Jon John Foster,

did knowingly and intentionally distribute a Schedule II controlled substance, namely, approximately 22.7 grams of cocaine base in the form of "crack" cocaine within 1,000 feet of an elementary school and within 100 feet of a youth center in violation of Title 21, United States Code, Section 860.

COUNT SEVEN:	(21 U.S.C. § 843(b) – Use of a Communications Facility (Telephone) to Commit/Facilitate Narcotics Trafficking)

On or about October 9, 2007, in the Northern District of California, defendant,

JON CHRISTEN FOSTER,
a/k/a Jon John Foster,

did knowingly and intentionally use a communications facility, namely a telephone, in

INDICTMENT

3

committing, and in causing and facilitating the commission of, an act constituting a felony violation of Title 21, United States Code, Section 841(a)(1), specifically, distribution of a Schedule II controlled substance, namely, approximately 45.3 grams of cocaine base in the form of "crack" cocaine, in violation of Title 21, United States Code, Section 843(b).

COUNT EIGHT:   (21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii) – Distribution of Crack Cocaine)

On or about October 9, 2007, in the Northern District of California, defendant,

JON CHRISTEN FOSTER,
a/k/a Jon John Foster,

did knowingly and intentionally distribute a Schedule II controlled substance, namely, approximately 45.3 grams of cocaine base in the form of "crack" cocaine in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(iii).

COUNT NINE:   (21 U.S.C. § 860 – Distribution of Crack Cocaine Within 1,000 Feet of an Elementary School and 100 Feet of a Youth Center)

On or about October 9, 2007, in the Northern District of California, defendant,

JON CHRISTEN FOSTER,
a/k/a Jon John Foster,

did knowingly and intentionally distribute a Schedule II controlled substance, namely, approximately 45.3 grams of cocaine base in the form of "crack" cocaine within 1,000 feet of an elementary school and within 100 feet of a youth center in violation of Title 21, United States Code, Section 860.

///
///
///

INDICTMENT

4

1  COUNT TEN:       (21 U.S.C. § 843(b) – Use of a Communications Facility (Telephone) to
2                   Commit/Facilitate Narcotics Trafficking)

3       On or about October 15, 2007, in the Northern District of California, defendant,

4                              JON CHRISTEN FOSTER,
                                a/k/a Jon John Foster,
5

6  did knowingly and intentionally use a communications facility, namely a telephone, in

7  committing, and in causing and facilitating the commission of, an act constituting a felony

8  violation of Title 21, United States Code, Section 841(a)(1), specifically, distribution of a

9  Schedule II controlled substance, namely, approximately 88.4 grams of cocaine base in the form

10 of "crack" cocaine, in violation of Title 21, United States Code, Section 843(b).

11

12 COUNT ELEVEN:   (21 U.S.C. §§ 841(a)(1), (b)(1)(A)(iii) – Distribution of Crack Cocaine)

13      On or about October 15, 2007, in the Northern District of California, defendant,

14                             JON CHRISTEN FOSTER,
                                a/k/a Jon John Foster,
15

16 did knowingly and intentionally distribute a Schedule II controlled substance, namely,

17 approximately 88.4 grams of cocaine base in the form of "crack" cocaine in violation of Title 21,

18 United States Code, Sections 841(a)(1), (b)(1)(B)(iii).

19

20 COUNT TWELVE:   (21 U.S.C. § 860 – Distribution of Crack Cocaine Within 1,000 Feet of an
21                  Elementary School and 100 Feet of a Youth Center)

22      On or about October 15, 2007, in the Northern District of California, defendant,

23                             JON CHRISTEN FOSTER,
                                a/k/a Jon John Foster,
24

25 did knowingly and intentionally distribute a Schedule II controlled substance, namely,

26 approximately 88.4 grams of cocaine base in the form of "crack" cocaine within 1,000 feet of an

27 ///

28 ///

INDICTMENT

5

elementary school and within 100 feet of a youth center in violation of Title 21, United States Code, Section 860.

DATED:

3-19-08

A TRUE BILL.

FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: _____
                      AUSA GARTH HIRE

INDICTMENT

6