1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division

4  GARTH HIRE (CABN 187330)
   Assistant United States Attorney

5
      1301 Clay Street, Suite 340-S
6     Oakland, California 94612-5217
      Telephone: (510) 637-3929
7     Facsimile: (510) 637-3724
      E-Mail:    Garth.Hire@usdoj.gov

8
   Attorneys for Plaintiff
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                   OAKLAND DIVISION

13  UNITED STATES OF AMERICA,        )    No. CR 08-0174 SBA
                                     )
14       Plaintiff,                  )    STIPULATION AND [PROPOSED]
                                     )    ORDER CONTINUING STATUS
15       v.                          )    CONFERENCE AND EXCLUDING TIME
                                     )
16  JOHN CHRISTEN FOSTER,            )
                                     )    OAKLAND VENUE
17       Defendant.                  )
                                     )
18  _____)

19

20       Plaintiff, by and through its attorney of record, and defendant, by and through his attorney

21  of record, hereby stipulate and ask the Court to find as follows:

22       1.    A status conference in this matter is currently scheduled for 9 a.m. on Tuesday,

23  May 6, 2008.

24       2.    The parties request that this hearing be continued until 9 a.m. on Tuesday, June

25  10, 2008, in order to provide defendant's counsel with additional time to evaluate the evidence in

26  this case and determine whether or not defendant should enter a change of plea or file motions

27  and to prepare for trial in this matter.

28

STIPULATION AND ORDER RESCHEDULING
HEARING; EXCLUDING TIME

1    3.    Specifically, defendant's counsel needs the continuance in order to review with

2    his client the discovery materials produced by the government, including multiple video and

3    audio recordings, and to evaluate defendant's criminal history including arrest and conviction

4    documents produced by the government, to further review the evidence in this case, to review

5    and analyze the discovery materials produced, investigate the case, and develop a motions and/or

6    trial strategy in light of that discovery.  The parties believe that failure to grant the above-

7    requested continuance would deny defendant's counsel and defendant the reasonable time

8    necessary for effective preparation taking into account the exercise of due diligence and that the

9    ends of justice served by continuing the case as requested outweigh the interest of the public and

10    defendant in a trial within the date prescribed by the Speedy Trial Act.

11    4.    Thus, the parties respectfully request that the Court find that the time period from

12    May 6, 2008, to June 10, 2008, is excludable pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (B)(iv)

13    because it results from a continuance granted by the Court at the defendant's request and on the

14    basis of the Court's finding that the ends of justice served by taking such action outweigh the

15    best interest of the public and the defendant in a speedy trial and because failure to grant the

16    continuance would unreasonably deny defense counsel the time necessary for effective

17    preparation for trial, taking into account due diligence.

18    IT IS SO STIPULATED.

19                                                    JOSEPH P. RUSSONIELLO
                                                      United States Attorney
20

21    Dated: May 5, 2008                              ____/s/_____
                                                      GARTH HIRE
22                                                    Assistant United States Attorney

23                                                    Attorney for United States of America

24

25    Dated: May 5, 2008                              ____/s/_____
                                                      ALAN DRESSLER
26
                                                      Attorney for Defendant
27                                                    John Christen Foster

28

STIPULATION AND ORDER RESCHEDULING
HEARING; EXCLUDING TIME                    2

1

**[PROPOSED] ORDER**

2      FOR GOOD CAUSE SHOWN, THE COURT ADOPTS THE FINDINGS OF FACT AND

3 CONCLUSIONS OF LAW STIPULATED TO BY THE PARTIES.  THEREFORE, IT IS SO

4 FOUND AND ORDERED THAT:

5      1.      The currently scheduled May 6, 2008, status conference hearing is vacated.  A

6 status conference hearing is now scheduled for 9:00 a.m. on June 10, 2008.

7      2.      The time period from May 6, 2008, to June 10, 2008, is deemed excludable

8 pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (B)(iv) because it results from a continuance granted by

9 the Court at the defendant's request and on the basis of the Court's finding that the ends of

10 justice served by taking such action outweigh the best interest of the public and the defendant in

11 a speedy trial and because failure to grant the continuance would unreasonably deny defense

12 counsel the time necessary for effective preparation for trial, taking into account due diligence.

13 The Court finds that nothing in this stipulation and order shall preclude a finding that other

14 provisions of the Speedy Trial Act dictate that additional time periods are excludable from the

15 period within which trial must commence.

16

17 DATED: _____          _____
                              HONORABLE SAUNDRA BROWN ARMSTRONG
18                            UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER RESCHEDULING
HEARING; EXCLUDING TIME                    3