JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3929
   Facsimile:   (510) 637-3724
   E-mail:      Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0174 SBA |
|    Plaintiff, ) ) | STIPULATION TO SCHEDULE HEARING FOR CHANGE OF PLEA AND SENTENCING; [PROPOSED] ORDER EXCLUDING TIME |
| v. ) ) | |
| JON CHRISTEN FOSTER, ) ) | |
|    Defendant. ) | |

     Plaintiff, by and through its attorney of record, and defendant, by and through his attorney of record, hereby stipulate and ask the Court to find as follows:

     1.    The government and defendant have reached a negotiated disposition in which defendant will plead guilty to a binding plea agreement.

     2.    Accordingly, the parties hereby submit the proposed plea agreement, submitted under separate cover for the Court's consideration pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C). The parties further stipulate and request that the Court find and order the following:

          (a)    That the parties have submitted a plea agreement for the Court's consideration pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C), and that a hearing for

change of plea and imposition of judgment and sentence be scheduled for 10:00 a.m. on September 16, 2008; and that the time period from June 9, 2008, through September 16, 2008, is excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(I) because that period of delay results from consideration by the Court of a proposed plea agreement entered into by the defendant and the government pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C).

IT IS SO STIPULATED.

DATE: June 9, 2008                             Respectfully submitted,

                                             JOSEPH P. RUSSONIELLO
                                             United States Attorney

                                             /s/[1]
                                             GARTH HIRE
                                             Assistant United States Attorney

                                             Attorneys for Plaintiff
                                             UNITED STATES OF AMERICA

DATE: June 9, 2008                                        /s/
                                             ALAN DRESSLER, ESQ.

                                             Counsel for Jon Christen Foster

## [PROPOSED] ORDER

FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

A hearing for change of plea and imposition of judgment and sentence is hereby scheduled for 10:00 a.m. on September 16, 2008. Time is excluded for purposes of the Speedy Trial Act from June 9, 2008, through the hearing date of September 16, 2008, pursuant to 18 U.S.C. § 3161(h)(1)(I) because that period of delay results from consideration by the Court of a proposed plea agreement entered into by the defendant and the government pursuant to Federal

///

///

///

---

[1] I hereby attest that I have on file all the holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

1 Rule of Criminal Procedure 11(c)(1)(C). The United States Probation Office is ordered to
2 prepare a Presentence Report for defendant.
3
4 DATED: _____
　　　　　　　　　　　　　　　　　HONORABLE SAUNDRA BROWN ARMSTRONG
5 　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28